UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

LUCY KELLER,

    Plaintiff,

v.

STARCORP LLC,

    Defendant.

No. 23-2201

ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties.

**IT IS, THEREFORE, ORDERED as follows:**

1. The parties are hereby directed to file with the court a stipulation of dismissal signed by both parties by **May 3, 2024.**

2. All time tables and scheduled hearings are VACATED until further order.

3. Any pending motions in this case are rendered MOOT. If settlement does not occur, the parties can request that the motions be reinstated.

ENTERED this 4th day of March, 2024.

                                           s/ERIC I. LONG
                                  UNITED STATES MAGISTRATE JUDGE